## Application for Multi-Court Exemption from the
## Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

**Courts of Appeal**

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

**Bankruptcy Appellate Panels (BAP)**

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

**District Courts**

- [x] All District Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

**Bankruptcy Courts**

- [ ] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| [ ] Alabama Middle | [ ] Illinois Northern | [ ] Nebraska | [ ] Rhode Island |
| [ ] Alabama Northern | [ ] Illinois Central | [ ] Nevada | [ ] South Carolina |
| [ ] Alabama Southern | [ ] Illinois Southern | [ ] New Hampshire | [ ] South Dakota |
| [ ] Alaska | [ ] Indiana Northern | [ ] New Jersey | [ ] Tennessee Eastern |
| [ ] Arizona | [ ] Indiana Southern | [ ] New Mexico | [ ] Tennessee Middle |
| [ ] Arkansas Eastern | [ ] Iowa Northern | [ ] New York Eastern | [ ] Tennessee Western |
| [ ] Arkansas Western | [ ] Iowa Southern | [ ] New York Northern | [ ] Texas Eastern |
| [ ] California Central | [ ] Kansas | [ ] New York Southern | [ ] Texas Northern |
| [ ] California Eastern | [ ] Kentucky Eastern | [ ] New York Western | [ ] Texas Southern |
| [ ] California Northern | [ ] Kentucky Western | [ ] North Carolina Eastern | [ ] Texas Western |
| [ ] California Southern | [ ] Louisiana Eastern | [ ] North Carolina Middle | [ ] Utah |
| [ ] Colorado | [ ] Louisiana Middle | [ ] North Carolina Western | [ ] Vermont |
| [ ] Connecticut | [ ] Louisiana Western | [ ] North Dakota | [ ] Virgin Islands |
| [ ] Delaware | [ ] Maine | [ ] Northern Mariana Islands | [ ] Virginia Eastern |
| [ ] District of Columbia | [ ] Maryland | [ ] Ohio Northern | [ ] Virginia Western |
| [ ] Florida Middle | [ ] Massachusetts | [ ] Ohio Southern | [ ] Washington Eastern |
| [ ] Florida Northern | [ ] Michigan Eastern | [ ] Oklahoma Eastern | [ ] Washington Western |
| [ ] Florida Southern | [ ] Michigan Western | [ ] Oklahoma Northern | [ ] West Virginia Northern |
| [ ] Georgia Northern | [ ] Minnesota | [ ] Oklahoma Western | [ ] West Virginia Southern |
| [ ] Georgia Middle | [ ] Mississippi Northern | [ ] Oregon | [ ] Wisconsin Eastern |
| [ ] Georgia Southern | [ ] Mississippi Southern | [ ] Pennsylvania Eastern | [ ] Wisconsin Western |
| [ ] Guam | [ ] Missouri Eastern | [ ] Pennsylvania Middle | [ ] Wyoming |
| [ ] Hawaii | [ ] Missouri Western | [ ] Pennsylvania Western | |
| [ ] Idaho | [ ] Montana | [ ] Puerto Rico | |

**National Courts**

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with [RAND Corporation]

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

Please see Attachment A, which is included at the end of this application.

4.) In support of this application, I affirm the following:

a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

b) That the exemption will be for a definitive period of time:  /17/2019 - 6/30/20 20

c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

**Declaration:** I declare that all the above information is true and understand that a false statement [x] may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Shamena Anwar
Applicant's Printed Name

Full Economist
Applicant's Title

*Shamena Anwar*
Applicant's Signature

REDACTED
Applicant's Phone Number

sanwar@rand.org
Applicant's email address

REDACTED Address

Pittsburgh | PA | 15213
City | State | Zip Code

6/25/2019
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security.**

**Attachment A: Response to Question 3 regarding why the case information from the Public Access to Court Electronic Records (PACER) service is needed, how it will be used, and why an exemption from the courts identified is necessary.**

  The RAND Corporation is a non-profit research organization that helps improve policy and decision-making through research and analysis. Our research project will examine the current level of variation in the size of the seated civil jury across the federal district courts. Current rules require that a seated jury for a federal civil case contain between six to twelve members, but the individual district court can choose the number of jurors within this window they will use. While many in the legal community have argued about what the optimal size is for a jury, an important first step in this discussion is understanding what seated jury size is most commonly used in courts today and the extent to which this varies across jurisdictions. Our project will document the current level of variation in seated jury size by examining PACER records for each of the 1575 federal civil jury trials that took place in 2016.

  In examining the case records for a handful of jury trials across various district courts, we find the size of the seated jury is usually documented somewhere within the case record, although the specific documents we find this information in varies across jurisdictions. We sometimes find this information directly in the docket, sometimes it is in the minutes, and almost half the time it is only available in the court transcripts. There are two key reasons why paying the PACER fees for these documents would create an unreasonable burden on our non-profit institution and inhibit our ability to conduct this research project: (1) The fees for accessing court transcripts are not capped at $3—the fees for accessing a transcript of jury selection (which will reveal the size of the seated jury) is usually around $40. If we need to access transcripts for half the jury trials, this would cost roughly $31,500. (2) For the other half of cases, the information on seated jury size is usually located somewhere in the various (non-transcript) case documents available, but often it is not immediately clear which document it will be in. As such, for some districts we may need to access many of the documents available around the time of the jury trial, although most of them may end up not having the requisite information. Having to pay fees to download each of these documents will inhibit our ability to explore the various documents that might contain this information. As such, there may be trials where we can't find seated jury information simply because we did not search in enough documents.

  Our final research project will result in an academic journal article that will publicly disseminate information on the current size of federal civil juries across district courts.

  Please see the next page which provides a letter of support for our application from Judge Lee Rosenthal, the Chief Judge of the U.S. District Court in the Southern District of Texas.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
515 RUSK STREET, RM 11535
HOUSTON, TEXAS 77002

CHAMBERS OF
CHIEF JUDGE LEE H. ROSENTHAL

TELEPHONE NO.
(713) 250-5980
EMAIL
lee_rosenthal@txs.uscourts.gov

July 10, 2019

Mr. Wendell A. Skidgel
Attorney Advisor
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

Dear Mr. Skidgel:

I write to express my full support of RAND's request for an exemption from PACER fees for work on a project examining the current level of variation in the size of the seated civil jury across the federal district courts. While many in the legal community have argued about what the optimal size is for a jury, a necessary precursor to this discussion is understanding the seated jury size used in federal civil jury trials today. Currently there is no information which documents what seated jury size is most commonly used and the extent to which jury size varies across jurisdictions. RAND's research project will thus fill this critical void and allow future discussions on optimal jury size to be more informed.

Collecting information on seated jury size for all federal civil jury trials in 2016 will require RAND to access a multitude of documents available on PACER for 1575 cases. These documents often include trial transcripts, which provide good documentation of seated jury size, but can be very expensive as the fees for transcripts are not capped at $3. Conducting this project without a PACER fee exemption would impose a relatively large burden on a non-profit research institution like RAND, and they would thus not be able to undertake this critical work without this exemption.

Please feel free to contact me if you have any questions.

Sincerely,

Lee H. Rosenthal
Chief Judge

cc:   Judge Patrick Higginbotham
      Professor Steven Gensler
      James M. Anderson
      David Bradley
      Nathan Ochsner